**Order entered May 9, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00446-CV

**ORYON TECHNOLOGIES, INC., ET AL., Appellants**

**V.**

**M. RICHARD MARCUS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01252**

## ORDER

Before the Court is appellants' May 7, 2014 suggestion of bankruptcy notifying the Court that appellant, Oryon Technologies, Inc. has filed a petition for bankruptcy. Pursuant to 11 U.S.C. § 362, further action in this appeal is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this appeal is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/    ADA BROWN
       JUSTICE